IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION
AT ALBANY, GEORGIA



# MINUTE SHEET STATUS CONFERENCE

Date:   October 16, 2018                          Court Time for MJSTAR:/JS10: /24

Judge:   **LESLIE J. ABRAMS**                    Court Reporter:  Mindy Martin

Courtroom Deputy:  Felicia Rushing               Law Clerk:  Nisha Giridhar

**Case Number:   1:15-cv-56(LJA)**

| | |
|---|---|
| TAMANCHIA MOORE | Counsel:  Jeffrey L Haberman<br>Alfred Nicholas Corriere |
| v. | |
| INTUITIVE SURGICAL INC | Counsel:  Geoffrey Wyatt<br>Zoe I Martinez<br>Nancy Wuamett |

Agents:/Experts in Attendance:

*DISCLAIMER:   CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE    OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

---

4:10   Call to order.  Case called.  Parties identified. Preliminary remarks by the Court.
Discussion re:  Doc. 51.  The Court made findings and **DENIED as moot** affirmative defenses 6, 8, 10, and 4 in part.  The Court reserved ruling as to affirmative defense 4 in part.  The Court reserved ruling on Doc. 58.
Discussion re:  Doc. 54.  The Court made findings and **DENIED**.
Motion hearing scheduled for January 17 and 18, 2019 at 9:30 am for Docs. 52, 53, 55, 56, and 57.  Each party will have five (5) hours to present its case.
Discussion re:  Doc. 78.  The Court made findings and **GRANTED** in part and reserved ruling in part and allowed limited discovery to be completed by November 16, 2018.
Trail scheduled for February 11, 2019.  A pretrial conference will be held on February 1, 2019 at 10:00 am.

4:34   Concluded.