IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| TAMANCHIA MOORE, | : |
| Plaintiff, | : |
| v. | : |
| | : Case No.: 1:15-CV-56 (WLS) |
| INTUITIVE SURGICAL, INC., | : |
| Defendant. | : |

## ORDER

Before the Court is a "Consent Motion to Reschedule Trial Date," filed by Defendant. (Doc. 178.) For good cause shown therein, the motion is **GRANTED**.

Trial in this case is hereby **RESET** for a two-week term beginning on Monday, July 18, 2022.

**SO ORDERED**, this 4th day of August 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**